CARL P. BLAINE (State Bar #65229)
Email: cblaine@wkblaw.com
JACOB L. OUZTS (State Bar #268080)
Email: jouzts@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone: (916) 920-5286
Facsimile: (916) 920-8608

Attorneys for Defendant
GERALD B. GLAZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, a Missouri corporation; CAL CAPITAL LIMITED, an alien corporation; and GERALD B. GLAZER, an individual,<br><br>Defendants-in-Interpleader. | Case No. 2:19-CV-00299<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT & CROSS-COMPLAINT**<br>**(L.R. 144(a))**<br><br>Complaint Filed: February 15, 2019<br>New Response Date: April 19, 2019 |
| PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Counterclaimant/Cross-Claimant<br><br>v.<br><br>CETERA ADVISOR NETWORKS, LLC; CAL CAPITAL LIMITED; and GERALD B. GLAZER,<br><br>Counter/Cross-Defendants | |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff/Counter-Defendant CETERA ADVISOR NETWORKS, LLC ("Cetera"); Defendant/Counterclaimant/Cross-

Claimant PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY ("Protective"), Defendant/Cross-Defendant CAL CAPITAL LIMITED ("Cal Capital"); and Defendant/Cross-Defendant GERALD B. GLAZER, ("Glazer"). Through their respective attorneys of record, as follows:

1. Glazer's time to respond to the Complaint and Counter-Claim/Cross-Claim in this Action shall be extended to April 19, 2019

2. Cal Capital's time to respond to the Complaint and Counter-Claim/Cross-Claim in this Action shall be extended to April 19, 2019;

3. The Parties agree and acknowledge that these extensions do not exceed 28 days and therefore complies with local rule 144(a).

IT IS SO STIPULATED AND AGREED.

DATED: April 4, 2019　　　　　　　　　WAGNER KIRKMAN BLAINE
　　　　　　　　　　　　　　　　　　　KLOMPARENS & YOUMANS LLP

　　　　　　　　　　　　　　　　　　　By: _____/s/ JACOB L. OUZTS_____
　　　　　　　　　　　　　　　　　　　JACOB L. OUZTS
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Cross-Defendant
　　　　　　　　　　　　　　　　　　　GERALD B. GLAZER

DATED: April 4, 2019　　　　　　　　　WINGET SPADAFRA & SCHWARTZBERG LLP

　　　　　　　　　　　　　　　　　　　By: _____/s/ RICHARD TRICKER_____
　　　　　　　　　　　　　　　　　　　RICHARD P. TRICKER
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Cross-Defendant
　　　　　　　　　　　　　　　　　　　CETERA ADVISOR NETWORKS LLC

DATED: April 4, 2019　　　　　　　　　MAYNARD, COOPER & GALE, P.C.

　　　　　　　　　　　　　　　　　　　By: _____/s/ DUANE KUMAGAI_____
　　　　　　　　　　　　　　　　　　　DUANE KUMAGAI
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Cross-Complainant
　　　　　　　　　　　　　　　　　　　PROTECTIVE PROPERTY & CASUALTY
　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY

/////

| | | |
|---|---|---|
| 1 | DATED: April 4, 2019 | KROGH & DECKER LLP |
| 2 | | |
| 3 | | By: /s/ SHAWN KROGH |
| | | SHAWN KROGH |
| 4 | | Attorneys for Defendant/Cross-Defendant |
| | | CAL CAPITAL LIMITED |

## **ORDER**

The Court, good cause having been found, hereby approves of the Stipulation of the Parties and orders that the Defendant/Cross-Defendant Gerald B. Glazer's time to respond to the Complaint and Counter-Claim/Cross-Claim in this Action shall be extended to April 19, 2019; and, Defendant and Cross-Defendant Cal Capital Limited's time to respond to the Complaint and Counter-Claim/Cross-Claim in this Action shall be extended to April 19, 2019.

SO ORDERED: 4/4/19                          /s/ John A. Mendez
                                             Hon. JOHN A. MENDEZ
                                             Judge of the United States District Court