Duane Kumagai (125063)
*dkumagai@maynardcooper.com*
MAYNARD COOPER & GALE LLP
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
(310) 596-4500

C. Andrew Kitchen (292609)
*dkitchen@maynardcooper.com*
MAYNARD, COOPER & GALE LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
(415) 646-4700

John N. Bolus (admitted *pro hac vice*)
*JBolus@maynardcooper.com*
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
(205) 254-1000

Attorneys for Defendant/Counterclaimant/Crossclaimant
Protective Property & Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC,<br>    Plaintiff-in-Interpleader,<br>v.<br>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, a Missouri corporation; CAL CAPITAL LIMITED, an alien corporation; and GERALD B. GLAZER, an individual,<br>    Defendants-in-Interpleader<br>AND RELATED COUNTERCLAIM/ CROSSCLAIM | Case No. 2:19-CV-00299-JAM-EFB<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br><br><br><br><br><br><br>Action filed: February 15, 2019 |

On the stipulation and request of the parties regarding Plaintiff/Counterclaim Defendant Cetera Advisor Networks LLC's pending Motion to Dismiss and/or Compel Arbitration [Doc. 7] (the "Motion"), and good cause appearing,

**IT IS ORDERED** that:

1. The hearing of the Motion is continued from May 21, 2019 to **June 18, 2018, at 1:30 p.m., in Courtroom #6**;

2. The deadlines set forth at Local Rule 230(c) and (d) for filing and service of related opposition, non-opposition and reply papers shall be determined by reference to the continued hearing date.

Dated: 4/24/2019

/s/ John A. Mendez
United States District Court Judge

MAYNARD COOPER & GALE LLP
1901 AVENUE OF THE STARS, SUITE 1900
LOS ANGELES, CA 90067
310-596-4500

{04826550.5}

2

ORDER CONTINUING MOTION TO DISMISS