Stacey McKee Knight (CA 181027)
stacey.knight@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Cross-Defendant PORTFOLIO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC. <br><br> Plaintiff, <br><br> v. <br><br> PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, CAL CAPITAL LIMITED, and GERALD B. GLAZER, <br><br> Defendants. | Case No. 2:19-cv-00299-JAM-EFB <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CROSS-COMPLAINT FILED BY CAL CAPITAL LIMITED (L.R. 144(A))** <br><br> Complaint filed: April 19, 2019 <br> New Response Date: May 30, 2019 |
| CAL CAPITAL LIMITED, <br><br> Defendant and Crossclaimant, <br><br> vs. <br><br> PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY, and PORTFOLIO, <br><br> Cross-Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | |

1    2:19-cv-00299-JAM-EFB

139400723

**IT IS HEREBY STIPULATED** by and between parties to the Cross-Complaint filed by Defendant and Cross-Claimant Cal Capital Limited on April 19, 2019 (the "Cross-Complaint"), Defendant and Cross-Claimant Cal Capital Limited; Cross-Defendant Protective Property & Casualty Insurance Company; and Cross-Defendant Portfolio, through their respective counsel of record, as follows:

1. Cross-Defendant Portfolio's time to respond to the Cross-Complaint filed by Cal Capital Limited on April 19, 2019 shall be extended to May 30, 2019;
2. The parties acknowledge that the extension does not exceed 28 days in compliance with Local Rule 144(a).

**IT IS SO STIPULATED AND AGREED.**

Dated: May 14, 2019            **KATTEN MUCHIN ROSENMAN LLP**

By:      /s/Stacey McKee Knight
        Attorneys for Cross-Defendant PORTFOLIO

Dated: May 14, 2019            **KROGH & DECKER, LLP**

By:      /s/Shawn M. Krogh
        Attorneys for Cross-Claimant CAL CAPITAL LIMITED

Dated: May 14, 2019            **MAYNARD, COOPER & GALE, P.C.**

By:      /s/Duane Kumagai
        Attorneys for Cross-Defendant PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY

## ORDER

The Court, good cause having been found, hereby approves of the Stipulation of the Parties and orders that the Cross-Defendant Portfolio's time to respond to the Cross-Complaint filed by Defendant/Cross-Claimant Cal Capital Limited on April 19, 2019 shall be extended to May 30, 2019.

**IT IS SO ORDERED.**

**DATE**: 5/15/19

/s/ John A. Mendez
Hon. John A. Mendez
Judge of the United States District Court