| | |
|---|---|
| MAYNARD COOPER & GALE LLP<br>Duane Kumagai (SBN 125063)<br>John N. Bolus (admitted *pro hac vice*)<br>jbolus@maynardcooper.com<br>1901 Avenue of the Stars, Suite 1900<br>Los Angeles, California 90067<br>Telephone: (310) 461-1625<br>*Attorneys for Protective Property*<br>*& Casualty Insurance Company* | WAGNER KIRKMAN BLAINE<br>KLOMPARENS & YOUMANS LLP<br>Carl P. Blaine (SBN 65229)<br>cblaine@wkblaw.com<br>Jacob Ouzts (SBN 268080)<br>jouzts@wkblaw.com<br>10640 Mather Blvd., Suite 200<br>Telephone: (916) 920-5286<br>*Attorneys for Gerald Glazer* |
| WINGET SPADAFORA &<br>SCHWARTZBERG LLP<br>Richard P. Tricker (SBN 101460)<br>tricker.r@wssllp.com<br>1900 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067<br>Telephone: (310) 836-4800<br>*Attorneys for Cetera Advisor*<br>*Networks, LLC* | KATTEN MUCHIN ROSENMAN LLP<br>Stacey McKee Knight (SBN 181027)<br>stacey.knight@kattenlaw.com<br>Janella T. Gholian (SBN 258155)<br>janella.gholian@kattenlaw.com   Los<br>2029 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>Telephone: (310) 788-4400<br>*Attorneys for Portfolio* |

KROGH & DECKER, LLP
Shawn M. Krogh (SBN 227116)
shawnkrogh@kroghdecker.com
Eli Underwood (SBN 267665)
eliunderwood@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: (916) 498-9000
*Attorneys for Cal Capital Limited*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC<br><br>Plaintiff,<br>vs.<br><br>PROTECTIVE PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br>CAL CAPITAL LIMITED, and GERALD<br>B. GLAZER<br><br>Defendants. | CASE NO. 2:19-CV-00299-JAM-EFB<br><br>**ORDER FOR DISMISSAL OF GERALD GLAZER WITHOUT PREJUDICE** |

1

PROPOSED ORDER OF DISMISSAL OF GERALD GLAZER WITHOUT PREJUDICE

Good cause having been shown, and in light of the Parties stipulation to dismiss Defendant and Cross-Defendant Gerald Glazer ("Glazer") from Case No. 2:19-CV-0299-JAM-EFB ("Action") and given the Parties stipulation for entry of this Order, the Court hereby orders that Glazer is hereby dismissed from the entirety of the Action, without prejudice. This Order of Dismissal shall extend to any claim, counter-claim and cross-claim asserted against Gerald Glazer in the Action. No party shall be awarded costs or attorneys' fees pursuant to Federal Rule of Civil Procedure Rule 54(d)(1) or 54(d)(2) as a result of this order of dismissal.

SO ORDERED:

November 5, 2019

/s/ John A. Mendez
JUDGE FOR THE UNITED STATES DISTRICT COURT