# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY, CAL CAPITAL LIMITED, and GERALD B. GLAZER<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM/ CROSSCLAIMS | CASE NO. 2:19-CV-00299-JAM-EFB<br><br>**ORDER ON JOINT STIPULATION REGARDING DEPOSIT OF FUNDS HELD BY CETERA ADVISOR NETWORKS, LLC** |

The Court, on the parties' Joint Stipulation Regarding Deposit of Funds Held by Cetera Advisor Networks, LLC and good cause appearing, orders as follows:

1. The Court grants Plaintiff/Counterclaim Defendant Cetera Advisor Networks, LLC ("Cetera") leave to liquidate the assets in the subject account (No. XXX-XX-4068)(the "Account") and, after deducting attorney's fees of Six Thousand Three Hundred Forty-nine and 50/100 Dollars ($6,349.50) awarded in the Court's April 10, 2020 Order (Doc. 54) to deposit all remaining proceeds with the Clerk of the Court; and

2. The deposited funds shall be subject to further orders by the Court based upon its ultimate disposition of the remaining claims in this action.

IT IS SO ORDERED.

Dated: July 22, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
Judge of the United States District Court