**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC | CASE NO.  2:19-CV-00299-JAM-EFB |
| Plaintiff, | |
| vs. | **AMENDED ORDER ON JOINT STIPULATION REGARDING DEPOSIT OF FUNDS HELD BY CETERA ADVISOR NETWORKS, LLC** |
| PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY, CAL CAPITAL LIMITED, and GERALD B. GLAZER | |
| Defendants. | |
| AND RELATED COUNTERCLAIM/ CROSSCLAIMS | |

The Court, on the parties' Joint Stipulation Regarding Deposit of Funds Held by Cetera Advisor Networks, LLC and good cause appearing, orders as follows:

1.    The Court grants Plaintiff/Counterclaim Defendant Cetera Advisor Networks, LLC ("Cetera") leave to liquidate the assets in the subject account (No. XXX-XX-4068)(the "Account") and, after deducting attorney's fees of Six Thousand Three Hundred Forty-nine and 50/100 Dollars ($6,349.50) awarded in the Court's April 10, 2020 Order Granting in Part and Denying in Part Cetera Advisor Networks LLC's Interpleader Deposit (Doc. 54), to deposit all remaining interpleader proceeds in the Court's registry account.

2.    The deposited funds shall be subject to further orders by the Court based upon its ultimate disposition of the remaining claims in this action.

/////

/////

/////

{05492216.3}                                         1
[AMENDED] ORDER ON STIPULATION RE DEPOSIT OF FUNDS

1         3.      This Order supersedes the Court's July 23, 2020 Order on Joint Stipulation

2    Regarding Deposit of Funds Held by Cetera Advisor Networks, LLC (Doc. 75).

3    IT IS SO ORDERED.

4    Dated:  August 10, 2020

5                              /s/ John A. Mendez_____
                          HONORABLE JOHN A. MENDEZ

6                              Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{05492216.3}                 2

[AMENDED] ORDER ON STIPULATION RE DEPOSIT OF FUNDS