

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Cetera Advisor Networks, LLC<br>Plaintiff,<br>vs.<br><br>Protective Property & Casualty Insurance Company, et al,<br><br>Defendants. | **AMENDED JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>2:19-CV-299 JAM JDP |

  Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), defendant Cal Capital Limited ("CAL CAPITAL"), cross-defendant Portfolio General Management Group, Inc. ("PORTFOLIO"), and defendant Protective Property and Casualty Insurance Company, ("PROTECTIVE") jointly request the court modify the Pretrial Scheduling Order, issued on April 29, 2022.

  The court has the authority to modify the pretrial Scheduling Order for good cause. (FRCP Rule 16(b)(4)).

  The Parties have been pursuing their discovery obligations, however on account of numerous depositions that still need to take place, the parties agree to additional time to complete the outstanding discovery items. The Parties require an extension of the discovery cut-off date to complete certain depositions which have either yet to be completed due to scheduling obstacles or are of witnesses who have only recently been identified during PMQ depositions. Given the complexity of the issues raised, the numerous individuals identified for deposition, and the extent of written discovery, the Parties believe it is in the best interests of both sides to modify the Court's pretrial Scheduling Order, and to continue the trial itself.

  The Parties have met and conferred and have identified the remaining depositions to be

completed including PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts. The parties have completed written discovery.

As such, the Parties respectfully request that the Court modify the April 29, 2022, Scheduling Order as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by March 27, 2023. All other discovery is closed.

2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before April 24, 2023.

3. Dispositive Motions hearing shall be July 27, 2023, at 1:30 PM.

4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.

5. The Final Pretrial Conference shall be August 25, 2023, at 11:00 AM.

6. The trial shall commence on October 2, 2023, at 9:00 AM.

The Parties request that all other dates included in the April 29, 2022, Scheduling Order shall remain in effect.



Dated:    12/15/2022

Respectfully submitted,

                              **KROGH & DECKER, LLP**

By:    /s/ Shawn M. Krogh
SHAWN M. KROGH
Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
CAL CAPITAL LIMITED.

Dated:    12/15/2022

Respectfully submitted,

                              **KATTEN MUCHEN ROSENMAN LLP**

By:    /s/Janella T. Gholian
JANELLA T. GHOLIAN
Attorneys for Cross-Defendant
PORTFOLIO GENERAL MANAGEMENT GROUP, INC.

Dated:    12/15/2022

Respectfully submitted,

                              **MAYNARD, COOPER & GALE, P.C.**

By:    /s/ John N. Bolus
JOHN N. BOLUS
Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant
PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY



**ORDER**

Having found good cause exists pursuant to FRCP 16(b)(4), the court GRANTS the Parties' motion to modify the April 29, 2022, pretrial Scheduling Order.

The April 29, 2022, pretrial Scheduling Order is modified as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by March 27, 2023. All other discovery is closed.

2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before April 24, 2023.

3. Dispositive Motions hearing shall be July 27, 2023, at 1:30 PM.

4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.

5. The Final Pretrial Conference shall be August 25, 2023, at 11:00 AM.

6. The trial shall commence on October 2, 2023, at 9:00 AM.

All other dates contained in the April 29, 2022, Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

Dated:  December 16, 2022                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

