KROGH & DECKER, LLP
SHAWN M. KROGH, SBN 227116
shawnkrogh@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Defendant, Cross-Defendant, and Cross Claimant
CAL CAPITAL LIMITED

MAYNARD, COOPER & GALE, P.C.
JOHN N. BOLUS, Admitted *Pro Hac Vice*
jbolus@maynardcooper.com
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama 35203
Telephone: (205) 254-1000

JUDY M. LAM, SBN 173862
jlam@maynardcooper.com
1925 Century Park E, Ste 1700
Los Angeles, CA 90067
Telephone: (310) 596-4388

Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant
PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY

KATTEN MUCHEN ROSENMAN LLP
STACEY MCKEE KNIGHT, SBN 181027
stacey.knight@katten.com
JANELLA T. GHOLIAN, SBN 258155
janella.gholian@katten.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Cross-Defendant PORTFOLIO GENERAL MANAGEMENT GROUP, INC.



THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSSCLAIMS. | Case No.: 2:19-CV-0299-JAM-EFB<br><br>ASSIGNED TO:<br>THE HON. JOHN A. MENDEZ<br><br>**AMENDED SECOND JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>**SUIT FILED:**           February 15, 2019 |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), defendant Cal Capital Limited ("CAL CAPITAL"), cross-defendant Portfolio General Management Group, Inc. ("PORTFOLIO"), and defendant Protective Property and Casualty Insurance Company, ("PROTECTIVE") jointly request the court modify the Pretrial Scheduling Order, issued on April 29, 2022.

The court has the authority to modify the pretrial Scheduling Order for good cause. (FRCP Rule 16(b)(4)).

The Parties have been pursuing their discovery obligations, however on account of numerous depositions that still need to take place, the parties agree to additional time to complete the outstanding discovery items. The Parties request an extension of the discovery cut-off date to complete certain depositions which have yet to be completed due to scheduling obstacles. Given the nature of the issues raised, the schedules of the individuals identified for deposition, and intervening trial schedules of counsel, the Parties believe it is in the best interests of both sides to modify the Court's pretrial Scheduling Order, and to continue the trial itself.

The Parties have met and conferred and have identified the remaining depositions to be completed including PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts. The



parties have completed written discovery.

As such, the Parties respectfully request that the Court modify the April 29, 2022, Scheduling Order as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by June 16, 2023. All other discovery is closed.

2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before August 11, 2023.

3. Dispositive Motions hearing shall be October 17, 2023, at 1:30 PM.

4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.

5. The Final Pretrial Conference shall be June 14, 2024, at 11:00 AM.

6. The trial shall commence on August 5, 2024, at 9:00 AM.

The Parties request that all other dates included in the April 29, 2022, Scheduling Order shall remain in effect.

Dated: March 3, 2023

Respectfully submitted,



**AMENDED SECOND JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**

155290102



                                    **KROGH & DECKER, LLP**

By:   */s/ Shawn M. Krogh*
      SHAWN M. KROGH
      Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
      CAL CAPITAL LIMITED.

Dated: March 2, 2023

Respectfully submitted,

                                    **KATTEN MUCHEN ROSENMAN LLP**

By:   */s/ Janella T. Gholian*
      JANELLA T. GHOLIAN
      Attorneys for Cross-Defendant
      PORTFOLIO GENERAL
      MANAGEMENT GROUP, INC.

Dated: March 2, 2023

Respectfully submitted,

                                    **MAYNARD, COOPER & GALE, P.C.**

By:   */s/ John N. Bolus*
      JOHN N. BOLUS
      Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant
      PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY

**ORDER**

Having found good cause exists pursuant to FRCP 16(b)(4), the court GRANTS the Parties' motion to modify the April 29, 2022, pretrial Scheduling Order.

The April 29, 2022, pretrial Scheduling Order is modified as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by **June 16, 2023**. All other discovery is closed.
2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before **August 11, 2023**.
3. Dispositive Motions hearing shall be **October 17, 2023, at 1:30 PM**.
4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.
5. The Final Pretrial Conference shall be **June 14, 2024, at 11:00 AM**.
6. The trial shall commence on **August 5, 2024, at 9:00 AM**,

All other dates contained in the April 29, 2022, Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

DATED: March 8, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

