1  **KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
2  shawnkrogh@kroghdecker.com
MARIE C. AVERY, SBN 345344
3  marieavery@kroghdecker.com
555 Capitol Mall, Suite 700
4  Sacramento, California 95814
Telephone: 916.498.9000
5  Facsimile: 916.498.9005

6  Attorneys for Defendant, Cross-Defendant, and Cross Claimant
CAL CAPITAL LIMITED
7

**MAYNARD NEXSEN PC**
8  JOHN N. BOLUS, Admitted Pro Hac Vice
jbolus@maynardnexsen.com
9  1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
10  Telephone: (205) 254-1000

11  JUDY M. LAM, SBN 173862
jlam@maynardnexsen.com
12  1925 Century Park E, Ste 1700
Los Angeles, CA  90067
13  Telephone: (310) 596-4388

14  Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant
PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY
15

**KATTEN MUCHEN ROSENMAN LLP**
16  STACEY MCKEE KNIGHT, SBN 181027
stacey.knight@katten.com
17  JANELLA T. GHOLIAN, SBN 258155
janella.gholian@katten.com
18  2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
19  Telephone: 310.788.4400
Facsimile: 310.788.4471
20
Attorneys for Cross-Defendant PORTFOLIO
21  GENERAL MANAGEMENT GROUP, INC.

22

23

24

25

26

27

28



1
**THIRD JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CETERA ADVISOR NETWORKS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSSCLAIMS. | Case No.: 2:19-CV-0299-JAM-EFB<br><br>ASSIGNED TO :<br>THE HON. JOHN A. MENDEZ<br><br>**THIRD JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**<br><br>**SUIT FILED:**           February 15, 2019 |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), defendant Cal Capital Limited ("CAL CAPITAL"), cross-defendant Portfolio General Management Group, Inc. ("PORTFOLIO"), and defendant Protective Property and Casualty Insurance Company, ("PROTECTIVE") jointly request the court modify the Pretrial Scheduling Order, issued on April 29, 2022.

The court has the authority to modify the pretrial Scheduling Order for good cause. (FRCP Rule 16(b)(4)).

The Parties have been pursuing their discovery obligations, however on account of numerous depositions that still need to take place, the parties agree to additional time to complete the outstanding discovery items. The Parties request an extension of the discovery cut-off date to complete certain depositions which have yet to be completed due to scheduling obstacles. Given the nature of the issues raised, the schedules of the individuals identified for deposition, and intervening trial schedules of counsel, the Parties believe it is in the best interests of both sides to modify the Court's pretrial Scheduling Order, and to continue the trial itself.

The Parties have met and conferred and have identified the remaining depositions to be completed including PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts. The

parties have completed written discovery.

As such, the Parties respectfully request that the Court modify the April 29, 2022, Scheduling Order as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by September 1, 2023. All other discovery is closed.

2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before November 3, 2023.

3. Dispositive Motions hearing shall be January 23, 2024, at 1:30 PM.

4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.

5. The Final Pretrial Conference shall be August 16, 2024, at 10:00 AM.

6. The trial shall commence on October 7, 2024, at 9:00 AM.

The Parties request that all other dates included in the April 29, 2022, Scheduling Order shall remain in effect.

Dated: June 6, 2023

Respectfully submitted,



                    **KROGH & DECKER, LLP**

                    By:  */s/ Marie C. Avery*
                         MARIE C. AVERY
                         Attorneys for Defendant, Cross-Defendant, and Cross-Claimant CAL CAPITAL LIMITED.

Dated: June 5, 2023

Respectfully submitted,

                  **KATTEN MUCHEN ROSENMAN LLP**

                  By:  */s/Janella T. Gholian*
                       JANELLA T. GHOLIAN
                       Attorneys for Cross-Defendant PORTFOLIO GENERAL MANAGEMENT GROUP, INC.

Dated: June 6, 2023

Respectfully submitted,

                  **MAYNARD NEXSEN PC**

                  By:  */s/ John N. Bolus*
                       JOHN N. BOLUS
                       Attorneys for Defendant, Counterclaimant, Cross-Claimant and Cross-Defendant PROTECTIVE PROPERTY & CASUALTY INSURANCE COMPANY



**THIRD JOINT REQUEST TO MODIFY SCHEDULING ORDER AND ORDER**

## ORDER

Having found good cause exists pursuant to FRCP 16(b)(4), the court **GRANTS** the Parties' motion to modify the April 29, 2022, pretrial Scheduling Order.

The April 29, 2022, pretrial Scheduling Order is **MODIFIED** as follows:

1. The depositions of PROTECTIVE's disclosed expert, and CAL CAPITAL's disclosed experts, shall be conducted as to be completed by **September 1, 2023**. All other discovery is **CLOSED**.

2. All motions (including all dispositive motions), except for motions for continuances, temporary restraining orders, or other emergency orders, shall be filed on or before **November 3, 2023**.

3. Dispositive Motions hearing shall be **January 23, 2024, at 1:30 PM**.

4. The Joint Mid-Litigation Statement Filing deadline shall be fourteen (14) days prior to the close of discovery.

5. The Final Pretrial Conference shall be **August 16, 2024, at 10:00 AM**.

6. The trial shall commence on **October 7, 2024, at 9:00 AM.**

7. Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, <u>prior</u> to filing a stipulation and proposed order to continue the dates set forth in this order.

All other dates contained in the April 29, 2022, Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

Dated: June 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

