UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA ADVISOR NETWORKS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　Defendants.<br><hr>PROTECTIVE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>GERALD B. GLAZER, et al.,<br><br>　　　　Cross-Defendants.<br><hr>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | No. 2:19-cv-00299-DAD-JDP<br><br>ORDER VACATING DATES AND DEADLINES IN LIGHT OF NOTICE OF SETTLEMENT AND RELEASING A PORTION OF INTERPLED FUNDS<br><br>(Doc. No. 152) |

　　　　On August 10, 2020, the previously-assigned district judge granted plaintiff Cetera Advisor Networks LLC ("Cetera") leave to liquidate the assets in a certain trust account and to

1

1  deposit the interpleader proceeds in the court's registry account. (Doc. No. 78.) On September 2,
2  2020, Cetera deposited $473,643.62 with the court and was subsequently terminated as a party
3  from this action. (Doc. No. 79.) On September 9, 2025, the parties filed a notice of settlement
4  and a joint request for disbursement of $127,000 of interpled funds and the release of the
5  remaining funds. (Doc. No. 152.)

6      Pursuant to that stipulation, the court hereby VACATES all dates and deadlines, if any,
7  previously scheduled in this case. The parties shall file dispositional documents by no later than
8  October 3, 2025. Additionally, the court DIRECTS the Clerk of the Court to release funds in the
9  amount of $127,000 from the court's registry, payable to Krogh & Decker, LLP, on behalf of
10 defendant, cross-defendant, and cross-claimant Cal Capital Limited. The court also DIRECTS
11 the Clerk of the Court to simultaneously release the remainder of those funds which were
12 deposited with the court on September 2, 2020, together with any and all interest which has
13 accrued through the date of disbursement, to defendant, cross-claimant, counter-claimant, and
14 cross-defendant Protective Property and Casualty Insurance Company, less the amount of
15 $127,000 to be released to Cal Capital Limited.

16     IT IS SO ORDERED.

17 Dated:  **September 10, 2025**

18     DALE A. DROZD
    UNITED STATES DISTRICT JUDGE